Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
E-Mail:       fhedin@hedinllp.com

*Counsel for Plaintiff and
the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI FENTON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br> v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL,<br><br>            Defendant. | Case No. 2:25-cv-1277<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff Heidi Fenton, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following list contains the names of all such parties and identifies their connection and interests:

1. Plaintiff Heidi Fenton;

2. Defendant Church of Scientology International;

3. Hedin LLP (counsel for Plaintiff);

4. Frank S. Hedin (counsel for Plaintiff);

5. Gucovschi Rozenshteyn, PLLC (counsel for Plaintiff);

6. Adrian Gucovschi (counsel for Plaintiff); and

7. Nathaniel Haim Sari (counsel for Plaintiff).

Dated: February 14, 2025

Respectfully submitted,

*/s/ Frank S. Hedin*
Frank S. Hedin
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com

– and –

Adrian Gucovschi*

2

Nathaniel Haim Sari*
**Gucovschi Rozenshteyn, PLLC**
140 Broadway, FL 46
New York, NY 10005
Telephone: (212) 884-4230
adrian@gr-firm.com
nsari@gr-firm.com

*Counsel for Plaintiff and the Putative Class*