Civil Action No. 2:25-cv-1277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Church of Scientology International c/o Jeanne M Reynolds - Agent for Service was received by me on *(date)* 2/19/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On 2/21/2025 at 4:42pm, I served the summons by substituted service on the floor receptionist and person in charge "Jane Doe" (40yr, Caucasian, Female, 5'6", 170lbs, brown hair, glasses) who refused to provide her name.

My fees are $ 0.00 for travel and $ 69.75 for services, for a total of $ 69.75 .

I declare under penalty of perjury that this information is true.

Date: 2/21/25

*Server's signature*

Julio Ascorra - Reg# 2023001643 - Los Angeles County
*Printed name and title*

West Coast Services
28486 Westinghouse Pl., #100
Santa Clarita, CA 91355
*Server's address*

Additional information regarding attempted service, etc: