Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone:  (305) 357-2107
Facsimile:  (305) 200-8801
E-Mail:    fhedin@hedinllp.com

*Counsel for Plaintiff and
the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI FENTON, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br> v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL,<br><br>         Defendant. | Case No. 2:25-cv-1277-SVW-AJR<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCUMENT 10** |

Plaintiff Heidi Fenton, by and through Undersigned Counsel, respectfully moves to withdraw Document Number 10, Proof of Service, due to the Parties' execution of a waiver of service form.

Dated: March 7, 2025            Respectfully submitted,

/s/ Frank S. Hedin
Frank S. Hedin
**HEDIN LLP**
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com

*Counsel for Plaintiff and the Putative Class*