1  Frank S. Hedin (SBN 291289)
   Hedin LLP
2  535 Mission Street, 14th Floor
   San Francisco, CA 94105
3  Telephone:  (305) 357-2107
   Facsimile:   (305) 200-8801
4  E-Mail:       fhedin@hedinllp.com

5  *Counsel for Plaintiff and
   the Putative Class*

6

                  UNITED STATES DISTRICT COURT

7                 CENTRAL DISTRICT OF CALIFORNIA

8
   HEIDI FENTON, individually and on behalf       Case No. 2:25-cv-1277-SVW-AJR
9  of all others similarly situated,
                                                  **PLAINTIFF'S NOTICE OF**
10               Plaintiff,                        **VOLUNTARY DISMISSAL**
      v.
11
   CHURCH OF SCIENTOLOGY
12 INTERNATIONAL,

13               Defendant.

14

15

16

17

18

19

20

1          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Heidi

2    Fenton, by and through her undersigned counsel, hereby gives notice of her voluntary

3    dismissal of this case, in its entirety, without prejudice.

4

5     Dated: April 15, 2025                    Respectfully submitted,

6                                              */s/ Frank S. Hedin*
                                               Frank S. Hedin
7                                              **HEDIN LLP**
                                               535 Mission Street, 14th Floor
8                                              San Francisco, CA 94105
                                               Telephone: (305) 357-2107
9                                              Facsimile: (305) 200-8801
                                               fhedin@hedinllp.com
10
                                               *Counsel for Plaintiff and the Putative Class*
11

12

13

14

15

16

17

18

19

20

2